IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSE MORALES, on behalf of himself and those similarly situated, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), as an organization; GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS (GALEO), as an organization; and THE CENTER FOR PAN ASIAN COMMUNITY SERVICES (CPACS), as an organization,<br><br>    Plaintiffs,<br>V<br><br>KAREN HANDEL, in her official capacity as Georgia Secretary of State,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:08-CV-3172 JTC |

### DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

COMES NOW, Karen Handel, Secretary of State for the State of Georgia, and by and through her counsel of record, Thurbert E. Baker, the Attorney General for the State of Georgia, and pursuant to Fed.R.Civ.P. 12(b)(6) and 56, files this Motion to Dismiss, or in the alternative, Motion for Summary Judgment. The reasons for Defendant's Motion are set forth in the attached Brief. In further support of her Motion, Defendant is filing

her Statement of Material Facts as to which there is no Genuine Issue to be Tried and the Exhibits referred to in that Statement and in Defendant's Brief.

        Respectfully submitted,

        THURBERT E. BAKER   033887
        Attorney General

        DENNIS R. DUNN   234098
        Deputy Attorney General

        STEFAN RITTER   606950
        Senior Assistant Attorney General

        /s/Julia B. Anderson_____
        JULIA B. ANDERSON   017560
        Senior Assistant Attorney General
        Attorneys for Defendant

40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
(404) 463-3630
FAX (404) 657-9932
janderson@law.ga.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise:

>Elise Sandra Shore
>Mexican American Legal Defense and
>Educational Fund
>34 Peachtree St. NW, Suite # 2500
>Atlanta, GA 30303
>eshore@MALDEF.org
>
>Laughlin McDonald
>Meredith Bell-Platts
>ACLU VOTING RIGHTS PROJECT
>230 Peachtree Street, NW
>Suite 1440
>Atlanta, GA 30303
>lmcdonald@aclu.org
>mbell@aclu.org
>
>Brian Spears
>Law Office of Brian Spears
>1126 Ponce de Leon Ave., NE
>Atlanta, GA 30306
>bspears@mindspring.com

        Jon Greenbaum
        Robert A. Kengle
        Mark A. Posner
        Lawyers' Committee for Civil Rights Under Law
        1401 New York Avenue, NW
        Suite 400
        Washington DC 20005
        jgreenbaum@lawyerscommittee.org
        bkengle@lawyerscommittee.org
        mposner@lawyerscommittee.org

        Jason S. Pielemeier
        Young K. Lee
        919 Third Avenue
        New York, NY  10022
        pielemeier@debevoise.com
        yklee@debevoise.com


This 4th day of September 2009.

                /s/ Julia B. Anderson
                JULIA B. ANDERSON
                Senior Assistant Attorney General